IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HILDA L. SOLIS, Secretary of Labor,  :
Unted States Department of Labor,

                                     CIVIL NO.  08-1957

        v.                  :

LOCAL 234, TRANSPORT       :
WORKERS UNION

## MOTION FOR ENTRY OF DECLARATION OF ELECTION RESULTS AND FOR FINAL JUDGMENT

By and through her undersigned attorneys, plaintiff Hilda L. Solis, Secretary of Labor (the "Secretary") requests that the Court enter the proposed Order Declaring Election Results and for Final Judgment, attached at Exhibit A.

On April 25, 2008, the Secretary filed a Complaint in this matter alleging that the defendant Local 234, Transport Workers Union ("Local 234") conducted certain union elections in violation of Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481-84 (the "Act").  The Secretary alleged that Local 234's September 28, 2007, election for the offices of President; Executive Vice President; three Vice Presidents; Recording Secretary; Secretary-Treasurer; four Executive Board Members, Transportation Division; and three Executive Board Members, Maintenance Division was not in compliance with the Act.

The Complaint requested that the Court enter an Order declaring the election void and directing that Local 234 conduct a new election under the supervision of the Secretary.  Such an Order is authorized by the Act itself at 29 U.S.C. § 482(c).

The parties agreed to settle the matter.  The parties agreed that Local 234 would conduct

its regularly scheduled, September 2010 election of officers under the supervision of the Secretary.

The agreement of the parties was entered as a Consent Decree on July 19, 2010. Pursuant to the Consent Decree, Local 234 conducted a new election for the offices at issue on September 24, 2010. The Secretary supervised that election. The Department of Labor has now certified the results of the election. That certification is attached at Exhibit B.

The Department of Labor received two protests concerning the conduct of the September 24, 2010, election. The Department of Labor investigated the allegations contained in each of the protests and concluded that the election complied with Title IV of the Act and was conducted, insofar as lawful and practicable, in accordance with Local 234's Constitution, the Transport Workers of America Constitution and Bylaws, and the Act. Therefore, no reason exists to overturn the results of the supervised election. Attached at Exhibit C is a declaration setting forth the protests and the findings of the investigation.

Pursuant to 29 U.S.C. § 482(c)(2), upon the Secretary's certification to the Court of the names of the persons elected, the Court shall enter an Order declaring such persons to be officers of Local 308. The matter can then be dismissed.

The Secretary therefore requests that the Court enter the attached Order Declaring

Election Results and for Final Judgment.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney


MARGARET L. HUTCHINSON
Assistant United States Attorney
Chief, Civil Division


MICHAEL S. BLUME
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Delcaration of Election Results and for Final Judgment has been served by first class United States mail, postage prepaid, upon the following:

Bruce Bodner
Kaufman, Coren & Ress, P.C.
1717 Arch Street
Suite 3710
Philadelphia, PA 19103

Claiborne S. Newlin
Meranze and Katz
Thirteenth Floor
The North American Building
121 South Broad Street
Philadelphia, PA 19107

MICHAEL S. BLUME
Assistant United States Attorney

DATED: 1/28/11