# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

HILDA L. SOLIS, Secretary of Labor,    :
Unted States Department of Labor,

                                **CIVIL NO. 08-1957**

       **v.**                   :

LOCAL 234, TRANSPORT        :
WORKERS UNION

## ORDER DECLARING ELECTION RESULTS AND FOR FINAL JUDGMENT

AND NOW, this _____ day of _____, 2011, upon consideration of the plaintiff's

Motion for Entry of Declaration of Election Results and for Final Judgment and any responses

thereto,

1. it is HEREBY DECLARED, pursuant to 29 U.S.C. § 482(c)(2), that the following

persons are officers of Local 234, Transport Workers Union, as indicated:

| | | |
|---|---|---|
| a. | John Johnson | President |
| b. | Andre Jones | Executive Vice President |
| c. | Bill Bannon | Recording Secretary |
| d. | Mick Ostrowski | Secretary-Treasurer |
| e. | Carl Greer | Vice President |
| f. | Cheryl N. Johnson | Vice President |
| g. | Dickie Bizzle, Jr. | Vice President |
| h. | Donald Dennison | Transportation Executive Board |
| i. | Robert Briggs | Transportation Executive Board |

j.  Ralph Branch          Transportation Executive Board

k.  Adam William         Transportation Executive Board

l.  Alex Gatta              Maintenance Executive Board

m.  Domenic Micolucci    Maintenance Executive Board

n.  Denise Mears         Maintenance Executive Board

2.  it is HEREBY ORDERED that the matter is dismissed.

BY THE COURT:

_____

HONORABLE LEGROME D. DAVIS
*Judge, United States District Court*