# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILDA L. SOLIS,[1] Secretary of Labor, United States Department of Labor, | ) ) ) | Case No. 2:08-CV-1957-LDD |
| | ) | Judge Legrome D. Davis |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| LOCAL 234, TRANSPORT WORKERS UNION, | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Consent Decree entered July 19, 2010, in the United States District Court for the Eastern District of Pennsylvania, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, therefore

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| Office | Name |
|---|---|
| President | John Johnson |

---

[1] This action was originally brought by Elaine L. Chao, former Secretary of Labor. Successor Hilda L. Solis, the current Secretary of Labor, is automatically substituted as party in accordance with Rule 25(d) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Executive Vice President | André D. Jones |
| Recording Secretary | Bill Bannon |
| Secretary-Treasurer | Mick Ostrowski |
| Vice President | Carl Greer |
| Vice President | Cheryl N. Johnson |
| Vice President | Dickie Bizzle, Jr. |
| Transportation Executive Board | Donald Dennison |
| Transportation Executive Board | Robert Briggs |
| Transportation Executive Board | Ralph Branch |
| Transportation Executive Board | Adam William |
| Maintenance Executive Board | Alex Gatta |
| Maintenance Executive Board | Domenic Micolucci |
| Maintenance Executive Board | Denise Mears |

Attached herewith is a declaration setting forth the protests concerning violations alleged to have occurred in the conduct of the election and the findings of the investigation of these protests.

Signed this __24th__ day of January, 2011.

_Patricia Fox_

Patricia Fox, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor