IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, | : | CIVIL ACTION |
| United States Department of Labor, | : | |
| | : | |
| v. | : | |
| | : | |
| LOCAL 234, TRANSPORT | : | |
| WORKERS UNION. | : | NO.  2:08-CV-1957-LDD |

ORDER

AND NOW, this 15th day of August, 2011, upon consideration of the Secretary of Labor's ("Secretary") motion for entry of declaration of election results and for final judgment (Doc. No. 37), Intervenors Willie Brown and Brian Pollitts' motion for summary judgment to void the election (Doc. No. 43), the Secretary's motion for summary judgment opposing Intervenors' motion and supporting her motion for final judgment (Doc. No. 44), and Transport Workers Union Local 234's brief in opposition to Intervenors' motion for summary judgment (Doc. No 45), it is hereby ORDERED that the Secretary's motions (Doc. Nos. 37 & 44) are granted and Intervenors' motion (Doc. No. 44) is denied.  It is further DECLARED, pursuant to 29 U.S.C. § 482(c)(2), that the following persons are officers of Local 234, Transport Workers Union, as indicated:

| | | |
|---|---|---|
| 1. | John Johnson | President |
| 2. | Andre Jones | Executive Vice President |
| 3. | Bill Bannon | Recording Secretary |
| 4. | Mick Ostrowski | Secretary-Treasurer |
| 5. | Carl Greer | Vice President |
| 6. | Cheryl N. Johnson | Vice President |

| | | |
|---|---|---|
| 7. | Dickie Bizzle, Jr. | Vice President |
| 8. | Donald Dennison | Transportation Executive Board |
| 9. | Robert Briggs | Transportation Executive Board |
| 10. | Ralph Branch | Transportation Executive Board |
| 11. | Adam Willliam | Transportation Executive Board |
| 12. | Alex Gatta | Maintenance Executive Board |
| 13. | Domenic Micolucci | Maintenance Executive Board |
| 14. | Denise Mears | Maintenance Executive Board |

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.